Justin Hice and Town of Olathe, Petitioners v. Nichele Giron individually and as Personal Representative of the Estate of Walter Giron, Amanda Giron, and Thomas Short as Personal Representative of the Estate of Samuel Giron. Respondents No. 22SC671
Supreme Court of Colorado, En Banc
February 21, 2023

 Court
 of Appeals Case No. 20CA1603

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 the court of appeals erred in creating a bright-line rule
 waiving governmental immunity if an emergency vehicle
 operator responds to an emergency or pursues a violator of
 the law and exceeds the speed limit at any point before they
 activate their emergency lights or sirens.